UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL ‘O’**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-08627-CAS-E | Date | September 15, 2026 |
| Title | Social Security Administration et al v. Ricardo Jose Calderon Lopez | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER |

| | | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFF’S URGENT MOTION TO CONSOLIDATE RELATED CASES (Dkt. 44, filed July 20, 2026) & EX PARTE MOTION TO SUPPLEMENT THE APPENDIX OF AN ALTER EGO-LANDLORD/TENANT CONSTITUTIONAL ACTION; PETITIONING-EXECUTIVE OFFICE INTERVENTION (Dkt. 46, filed September 10, 2026)

Plaintiff has filed two motions, styled as “Urgent Motion to Consolidate Related Cases,” Dkt. 44, and “Ex Parte Motion to Supplement the Appendix of an *Alter-Ego-*Landlord/Tenant Constitutional Action; Petitioning-Executive Office Intervention,” Dkt. 46. Both motions are **DENIED.**

The case with which plaintiff seeks consolidation, Social Security Administration et al v. Ricardo Jose Calderon Lopez, No. 2:21-cv-08627, was remanded to the Los Angeles Superior Court on November 4, 2021. Dkt. 5. Accordingly, the Court lacks jurisdiction.

Insofar as plaintiff seeks relief with respect to Starlight Consulting Services et al v. Sunset Housing Solutions, L.P. (“Sunset Housing”), No. 2:24-cv-06041, the Court lacks jurisdiction because that case was dismissed with prejudice. Sunset Housing, Dkt. 8. The Ninth Circuit and Federal Circuit dismissed plaintiff’s appeals in that case. Id., Dkt. 28, 40.

Insofar as plaintiff seeks relief with respect to “Ricardo J. Calderon Lopez v. Bureau of Prisons/FDC-Miami, No. CV10-24023,” Dkt. 46 at 2, that action does not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL ‘O’**

| Case No. | 2:21-cv-08627-CAS-E | Date | September 15, 2026 |
|---|---|---|---|
| Title | Social Security Administration et al v. Ricardo Jose Calderon Lopez | | |

appear to have been adjudicated in the Central District of California. See Dkt. 46. Accordingly, the Court lacks jurisdiction.

Finally, insofar as plaintiff requests relief with respect to Ricardo Jose Calderon Lopez v. United States of America (“USA”), No. 2:11-cv-00954; Ricardo Jose Calderon Lopez v. Unknowns Servicing the Department of Health and Human Services of the State of California (“Unknowns”), No. 2:26-cv-00960; and Ricardo Jose Calderon Lopez v. Los Angeles County Metropolitan Transport Authority et al (“LACMTA”), No. 2:23-cv-08579, this court lacks jurisdiction. These actions have been either dismissed or transferred. LACMTA, Dkt. 11; Unknowns, Dkt. 14; USA, Dkt. 4. In LACMTA and USA, the Ninth Circuit and Federal Circuit dismissed plaintiff’s appeals. LACMTA, Dkt. 15, 23, 42; USA, Dkt. 16, 23. In Unknowns, an appeal appears to be pending. Unknowns, Dkt. 16. Accordingly, this court is deprived of all jurisdiction as to these cases.

In any event, given that this Court has remanded Social Security Administration et al v. Ricardo Jose Calderon Lopez, No. 2:21-cv-08627, the Court has no reason or ability to consolidate that case with Starlight Consulting Services et al v. Sunset Housing Solutions, L.P., No. 2:24-cv-06041; Ricardo J. Calderon Lopez v. Bureau of Prisons/FDC-Miami, No. CV10-24023; Ricardo Jose Calderon Lopez v. United States of America (“USA”), No. 2:11-cv-00954; Ricardo Jose Calderon Lopez v. Unknowns Servicing the Department of Health and Human Services of the State of California (“Unknowns”), No. 2:26-cv-00960; or Ricardo Jose Calderon Lopez v. Los Angeles County Metropolitan Transport Authority et al, No. 2:23-cv-08579.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | CMJ | | |